FILED 19 SEP '24 16:16 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:24-cr- 00359-MC |
| v. | INDICTMENT |
| WILLIAM SHERRILL, | 18 U.S.C. § 875(c) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
### (Interstate Threatening Communication)
### (18 U.S.C. § 875(c))

On or about July 29, 2024, in the District of Oregon and elsewhere, defendant **WILLIAM SHERRILL**, knowingly and willfully transmitted in interstate and foreign commerce, a communication through cellular text message, containing a threat to injure employees of a casino, with conscious disregard that the communication would be viewed as a true threat of violence.

In violation of Title 18, United States Code, Section 875(c).

Dated: September 19, 2024

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Adam E. Delph*

ADAM E. DELPH
Assistant United States Attorney